1  CHANG C. CHEN (No. 118727)
   changcchen@gmail.com
2  **LAW OFFICES OF DR. CHANG CHEN**
   7304 Pebble Beach Dr
3  El Cerrito, CA, 94530
   Telephone:  (415) 990-1858
4  Facsimile:  (510) 235-9151

5  SANG N. DANG (No. 214558)
   sdang@koslaw.com
6  VY H. VU (No. 247086)
   Vvu@koslaw.com
7  **KLEIN, O'NEILL & SINGH LLP**
   43 Corporate Park
8  Suite 204
   Irvine, CA  92606
9  Telephone:  949-955-1920
   Facsimile:  949-955-1921
10
   Attorneys for Plaintiff
11 EMINE Technology Co., LTD.

   WILLIAM SLOAN COATES (No. 94864)
   wcoats@whitecase.com
   KYLE D. CHEN (No. 239501)
   kchen@whitecase.com
   **WHITE & CASE, LLP**
   3000 El Camino Real
   5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
   Telephone: (650) 213-0300
   Facsimile:  (650) 213-8158

   Attorneys for Unserved Defendant
   ATEN International Co., Ltd.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16

17 EMINE TECHNOLOGY CO. LTD., a           Case No. C 08-03122 PJH
   Taiwanese Corporation,
18                                        **STIPULATION TO CONTINUE THE
                Plaintiff,                INITIAL CASE MANAGEMENT
19                                        CONFERENCE AND [PROPOSED]
        v.                                ORDER THEREON**
20
   ATEN INTERNATIONAL CO., LTD., a
21 Taiwanese corporation,

22              Defendant.

23

24

25

26

27

28

**WHEREAS** on June 25, 2008, defendant ATEN International Co., Ltd. ("ATEN") filed an action in the United States District Court for the Eastern District of Texas against plaintiff Emine Technology Co., Ltd. ("Emine") entitled *ATEN Int'l Co., Ltd. v. Emine Technology Co., Ltd.*, No. 08-CV-00253 (E.D. Tex.) ("Texas Action"), alleging, *inter alia*, that Emine infringes U.S. Patent No. 7,035,112 ("'112 patent");

**WHEREAS** two days after the filing of the Texas Action, Emine filed the present action in this Court against ATEN seeking a declaratory judgment of non-infringement and invalidity of the '112 patent;

**WHEREAS** Emine has filed motions in the Texas Action seeking dismissal and/or transfer of the Texas Action to the Northern District of California;

**WHEREAS** briefing on Emine's motions in the Texas Action is complete and the motions are under submission;

**WHEREAS** ATEN and Emine agree that the outcome of the pending motions in the Texas Action may have an impact on whether the present action will proceed;

**WHEREAS** in the interests of judicial economy, and to preserve judicial and party resources, the parties have agreed that a continuance of the initial Case Management Conference for approximately 30 days is appropriate so the motions in the Texas Action may be decided; and

**WHEREAS** there have been no previous stipulated continuances of the initial Case Management Conference and the parties agree that the requested continuance is sufficiently brief to avoid any material impact on the overall schedule of this litigation should it proceed in this Court;

**NOW, THEREFORE**, ATEN and Emine, through their respective counsel of record, hereby stipulate and respectfully request that the Court order as follows:

The Initial Case Management Conference in this action, currently scheduled for November 13, 2008, shall be continued for approximately thirty (30) days to a date on or after December 15, 2008, and all deadlines that are calculated based on the date of the Initial Case Management Conference shall be adjusted accordingly.

IT IS SO STIPULATED.

Dated: October 28, 2008               KLEIN, O'NEILL & SINGH, LLP

                                      By: /s/ Sang Dang /s/
                                          Sang N. Dang

                                      Attorneys for Plaintiff Emine Technology
                                      Co., Ltd.

Dated: October 28, 2008               WHITE & CASE LLP

                                      By: /s/ Kyle Chen /s/
                                          Kyle D. Chen

                                      Attorneys for Unserved Defendant ATEN
                                      International Co., Ltd.

# [P~~ROPOSED~~] ORDER

The Initial Case Management Conference in this action, currently scheduled for November 13, 2008, shall be continued for approximately thirty (30) days to December 18, 2008 and all deadlines that are calculated based on the date of the Initial Case Management Conference shall be adjusted accordingly.

IT IS SO ORDERED.

DATED: 10/31/08



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, I electronically filed the foregoing with the Clerk of the Court in compliance with Civil Local Rule 5-5(b) using the CM/ECF system which will send notification of the filing to all counsel of record.

                                                         /s/ Sang N. Dang
                                                       Sang N. Dang