UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMINE TECHNOLOGY CO., LTD.,

       Plaintiff(s),                                  No. C 08-3122 PJH

    v.                                           **JUDGMENT**

ATEN INTERNATIONAL CO., LTD.,

       Defendant(s).

_____/

      This action came before the court and the court having granted defendant's motion to dismiss for insufficient service of process

      it is Ordered and Adjudged

      that the complaint is dismissed without prejudice.

      IT IS SO ORDERED.

Dated: November 21, 2008

_____

PHYLLIS J. HAMILTON
United States District Judge